IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Denise A

Printed: 12/02/08

Case Number: 06 B 11197
Judge: Wedoff, Eugene R

Filed: 9/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: June 11, 2008
Confirmed: October 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,970.00 |  |
| Secured: |  | 7,029.16 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,400.00 |
| Trustee Fee: |  | 525.98 |
| Other Funds: |  | 14.86 |
| Totals: | 9,970.00 | 9,970.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,400.00 | 2,400.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 286.39 | 76.65 |
| 4. | Americredit Financial Ser Inc | Secured | 18,387.73 | 6,001.63 |
| 5. | Citi Residential Lending Inc | Secured | 7,778.37 | 817.00 |
| 6. | Greenway Court Condominium Association | Secured | 1,274.62 | 133.88 |
| 7. | Illinois Dept of Revenue | Priority | 898.31 | 0.00 |
| 8. | Cook County Treasurer | Unsecured | 17.40 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 180.00 | 0.00 |
| 10. | Capital One | Unsecured | 759.88 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 630.57 | 0.00 |
| 12. | Verizon North | Unsecured | 111.99 | 0.00 |
| 13. | Illinois Student Assistance Commission | Unsecured | 21,523.30 | 0.00 |
| 14. | Illinois Dept of Unemployment | Priority |  | No Claim Filed |
| 15. | BMG Music Service | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 18. | Chicago Tribune | Unsecured |  | No Claim Filed |
| 19. | Capital One | Unsecured |  | No Claim Filed |
| 20. | Illinois Designated Account Purchase | Unsecured |  | No Claim Filed |
| 21. | Sprint | Unsecured |  | No Claim Filed |
| 22. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 23. | AT&T | Unsecured |  | No Claim Filed |
| 24. | Medical Collections | Unsecured |  | No Claim Filed |
|  |  |  | $ 54,248.56 | $ 9,429.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Brown, Denise A

Printed: 12/02/08

Case Number:  06 B 11197
Judge:  Wedoff, Eugene R
Filed:  9/8/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 147.33 |
| 5.4% | 338.31 |
| 6.5% | 40.34 |
|  | $ 525.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

